IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ALPHA IOTA OMEGA CHRISTIAN )
FRATERNITY, an unincorporated )
association; TREVOR J. HAMM, )
an individual; and CARLON D. )
MYRICK, an individual, )
 )
            Plaintiffs, )
 )
            v. )    CIVIL NO. 1:04CV00765
 )
JAMES MOESER, Chancellor of )
the University of North )
Carolina at Chapel Hill; )
RICHARD T. WILLIAMS, Chairman )
and member, Board of Trustees )
of the University of North )
Carolina at Chapel Hill; )
NELSON SCHWAB III, Vice )
Chairman and member, Board of )
Trustees of the University of )
North Carolina at Chapel Hill;)
JEAN ALMAND KITCHIN, Secretary)
and member, Board of Trustees )
of the University of North )
Carolina at Chapel Hill; )
TIMOTHY B. BURNETT; )
PHILIP G. CARSON; RUSSELL M. )
CARTER; JOHN G. B. ELLISON, )
JR.; PAUL FULTON, JR.; )
KAROL V. MASON; ROGER L. )
PERRY, SR.; A. DONALD )
STALLINGS; ROBERT W. WINSTON )
III; members, Board of )
Trustees of the University of )
North Carolina at Chapel Hill;)
JONATHAN CURTIS, Assistant )
Director of Student Affairs )
and Organizations, University )
of North Carolina at Chapel )
Hill; MOLLY CORBETT BROAD, )
President, University of North)
Carolina; J. BRADLEY WILSON, )
Chair and member, Board of )
Governors of the University of)
North Carolina; J. CRAIG )
SOUZA, Vice Chairman and )

```
member, Board of Governors of  )
the University of North        )
Carolina; PATSY B. PERRY,      )
Secretary and member, Board of )
Governors of the University of )
North Carolina; BRADLEY T.     )
ADCOCK; G. IRVIN ALDRIDGE;     )
JAMES G. BABB; BRENT D.        )
BARRINGER; J. ADDISON BELL;    )
R. STEVE BOWDEN; F. EDWARD     )
BROADWELL, JR.; WILLIAM L.     )
BURNS, JR.; ANNE W. CATES;     )
JOHN F.A.V. CECIL; BERT        )
COLLINS; JOHN W. DAVIS III;    )
RAY S. FARRIS; DUDLEY E.       )
FLOOD; HANNAH D. GAGE;         )
WILLIE J. GILCHRIST; H. FRANK  )
GRAINGER; PETER D. HANS; PETER )
KEBER; ADELAIDE DANIELS KEY;   )
G. LEROY LAIL; CHARLES H.      )
MERCER, JR.; CHARLES S.        )
NORWOOD; CARY C. OWEN; JIM W.  )
PHILLIPS, JR.; GLADYS ASHE     )
ROBINSON; ESTELLE "BUNNY"      )
SANDERS; PRISCILLA P. TAYLOR;  )
ROBERT F. WARWICK, members,    )
Board of Governors of the      )
University of North Carolina;  )
each in their official         )
capacities,                    )
                               )
            Defendants.        )
```

## O R D E R

BULLOCK, District Judge

For the reasons set forth in the memorandum opinion filed contemporaneously herewith

2

IT IS ORDERED that Plaintiffs' Motion for Leave to File Amended Complaint [Doc. #44] is **DENIED**.

IT IS FURTHER ORDERED that Defendants' Second Motion to Dismiss and Suggestion of Mootness [Doc. #39] is **GRANTED**, and this action is **DISMISSED**. The parties shall bear their own costs.

*/s/ Frank W. Bullock, Jr.*
United States District Judge

May 4, 2006